AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

FILED
In Open Court
USDC Mass.
Date 10/14/05 @ 10:15 am
_____ Clerk

**APPEARANCE**

Case Number: 04CR 10314 RCC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Jose Miguel Osiric_

Date _10/14/05_

Signature _James E McGill_

Print Name _James E. McGill_

Address _4 Longfellow Place Suite 3723_

City _Boston_  State _MA_  Zip Code _02114_

Phone Number _617 720-2900_