UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


FILED
in Open Court
USDC, Mass.
Date 10/18/05
By
Deputy Clerk

**UNITED STATES OF AMERICA**

v.                                          **Criminal No.: 04CR10314RCL**

**JOSE MIGUEL OBIJO**

### DEFENDANT'S MOITON AND SUGGESTED CONDITIONS OF RELEASE

Now comes the defendant, Jose Miguel Obijo, and through counsel respectfully requests that this Honorable Court enter an order releasing him on conditions as set out below pursuant to 18 U.S.C. 3142.

### BIOGRAPHICAL INFORMATION

The undersigned expects that Pre-Trial Services will have a completed a biographical report concerning Mr. Obijo by the October 18th 2005 scheduled detention hearing. The undersigned believes that the defendant does not have a criminal record.

Mr. Obijo is a United States citizen who has his passport ready to surrender as a condition of release. He is forty-six (46) years old.

Mr. Obijo resides at 40 McLellan Street, Apt. #10, Dorchester, Massachusetts 02121 with his consensual spouse of 20 years- Yaidamir Gonzalez and his two children: Ashley is a senior at the John D. O'Bryant School of Science and Gaurish is a 7th grader at the Sarah Greenwood School in Dorchester. The family has been at that address, albeit different apartments, for fifteen (15) years.

The Defendant has always worked two and three jobs. He is currently employed full time at Brown's Market and Grocery and part-time at Mejia's Auto Repair both located in Boston. The Defendant files all of his tax returns and has letters of reference for the court to consider.

### REQUEST FOR RELEASE

In light of all of this, the defendant puts forth the following conditions for release:

1. That a family member, relative or family friend execute a $100,000.00 unsecured Bond.
2. That if the Court deems it appropriate the Defendant be ordered to post a $5,000.00 secured Bond.

3. That the Defendant reside at 10 McLellan Street, Apt.#10, Dorchester, MA.
4. That the Defendant travel be restricted to the District of Massachusetts.
5. That the Defendant Surrender his passport.
6. That he report to pre-trial services; provide a urine sample and submit to random drug testing.
7. That the defendant refrain from using illegal substances.
8. Curfew
9. Maintain employment.

Dated: 10/18/05

Respectfully submitted,
JOSE MIGUEL OBIJO,
By his counsel,

James E. McCall
BBO#327365
Four Longfellow Pl. #3703
Boston, MA 02114
617.720.2900
617.742.5761(Fax)
Mccall_attorney@yahoo.com

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY AND UPON ANY PARTY APPEARING PRO SE BY FIRST CLASS MAIL, POSTAGE PREPAID OR BY HAND DELIVERY.
Dated: 10/18/05