1049794

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 OCT 24 P 1:32
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

V.

Jose Miguel Obijo

**WARRANT FOR ARREST**

CASE NUMBER: 04-CR-10314-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jose Miguel Obijo _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to Distribute Cocaine

in violation of Title ____ United States Code, Section(s) 846

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: Operations Supervisor

07-27-2005    Boston, Massachusetts
Date and Location

2005 JUL 28 A 8:45  U.S. MARSHAL SERVICE

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON

DEA 10/13/2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.