**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

v.                                                           Criminal No.: 04CR10314RCL

**JOSE MIGUEL OBIJO**

**DEFENDANT'S MOTION AND REQUEST FOR DETENTION HEARING**

      Now comes the Defendant, Jose Miguel Obijo, and by and through his counsel, respectfully requests a Detention Hearing be set as soon as possible.  Wherein the defendant may be released on conditions of release including a $50,000.00 unsecured bond.

      In support thereof, the defendant states that on November 7th 2005, this Honorable Court entered an Order detaining the defendant, Jose Miguel Obijo, until a proper residence is provided to the court for consideration.

      On November 8th 2005 United States Pre Trial Services Officer David Picozzi forwarded a memorandum to the Honorable Marrianne B. Bowler, United States Magistrate Judge wherein it is discussed that Mr. Onasis Villar, a United States citizen with an address of 105 Bloomfield Street, Apt. #2, Dorchester, Massachusetts was interviewed and found to meet the criteria needed to serve as a third party custodian.  Mr. Villar reports that on Wednesday November 16th 2005 a telephone line was activated at 105 Bloomfield Street, Apt#2, Dorchester, MA.

      Wherefore the defendant respectfully requests that he be released with  Mr. Onasis Villar to serve as a third party custodian and the following conditions:

1. $50,000.00 unsecured bond
2. The defendant reside at 105 Bloomfield Street, Dorchester, MA
3. That the defendant's travel be restricted to the District of Massachusetts.
4. That the defendant surrender his United States Passport.
5. That he report to Pre Trial Services and provide a urine sample and submit to random drug testing.
6. That the defendant refrain from using illegal drugs.
7. Maintain employment.

The defendant hereby requests that, if a hearing is necessary, it be scheduled as soon as possible.

                                              Respectfully submitted,
                                              JOSE MIGUEL OBIJO,
                                              By his counsel,

/s/
_____
James E. McCall
BBO#327365
Four Longfellow Pl. #3703
Boston, MA 02114
617.720.2900
617.742.5761(Fax)
Mccall_attorney@yahoo.com