UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| V.                                      ) | CRIMINAL NO. 04-CR-10314 RCL |
| ) | |
| ) | |
| JOSE MIGUEL OBIJO          ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant Jose Miguel Obijo and moves this Honorable Court to modify the current order setting conditions of release and allow the defendant to move to and maintain his new residence with his third-party custodian, at 269 Norwell Street, Dorchester, MA, 02124.

In support thereof, the defendant states the following:

1.) Among the defendant's current conditions of release are:

   a. $50,000.00 unsecured co-signed appearance bond;

   b. Third-party custody of Onasis Villar;

   c. Maintain residence at 105 Bloomfield Street, Dorchester, MA 02124.

2.) The defendant's third-party custodian Onasis Villar intends to move from Bloomfield street to a residence in Dorchester, MA which Mr. Villar owns (269 Norwell Street), commencing August 1, 2007.

3.) Mr. Villar will remain the third-party custodian and the defendant will move with Mr. Villar to 269 Norwell Street if approved by the Court.

4.) Pre-trial services has been notified and assents to this motion.

WHEREFORE, the defendant respectfully requests that this Honorable Court

modify the current conditions of release and permit the defendant to maintain his

residence at 269 Norwell Street, Dorchester, MA, commencing August 1, 2007.

                                      Respectfully Submitted,
                                      JUAN MIGUEL OBIJO,
                                      By his Attorney,

/s/ James E. McCall
James E. McCall
Four Longfellow Place
Suite 3703
Boston, MA 02114
(617)720-2900
BBO# 327365

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party and upon any party appearing pro se by first class mail, postage prepaid or by hand delivery.


Dated: July 27, 2007


Signed: Adam J. Foss